



# MEMORANDUM OPINION

No. 04-11-00170-CR

**IN RE** Timothy Allen **PETERSON**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
              Phylis J. Speedlin, Justice
              Steven C. Hilbig, Justice

Delivered and Filed:  March 16, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On March 2, 2011, relator filed a petition for writ of mandamus, complaining of the trial court's failure to rule on various *pro se* motions. However, counsel has been appointed to represent relator in the criminal proceeding pending in the trial court for which he is currently confined. A criminal defendant is not entitled to hybrid representation. *See Robinson v. State*, 240 S.W.3d 919, 922 (Tex. Crim. App. 2007); *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). A trial court has no legal duty to rule on *pro se* motions or petitions filed with regard to a criminal proceeding in which the defendant is represented by counsel. *See Robinson*, 240 S.W.3d at 922. Consequently, the trial court did not abuse its discretion by declining to rule

---

[1] This proceeding arises out of Cause No. 2010-CR-9744, styled *State of Texas v. Timothy Allen Peterson*, pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable Juanita A. Vasquez-Gardner presiding.

on relator's *pro se* motions filed in the criminal proceeding pending in the trial court. Accordingly, the petition for writ of mandamus is denied.  TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH